UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:22-cv-00117

**Jason Benjamin Johnson,**
*Plaintiff,*

v.

**TDCJ et al.,**
*Defendants.*

## ORDER

Plaintiff Jason Benjamin Johnson, an inmate proceeding pro se, filed a civil-rights lawsuit under 42 U.S.C. § 1983, which was transferred to this court for proper venue. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b).

On July 1, 2022, the magistrate judge issued a report recommending that plaintiff be denied leave to proceed without prepayment and that this case be dismissed without prejudice due to plaintiff's failure to comply with the court's orders to satisfy the filing fee requirement and to file an amended complaint. Doc. 9. No objections were filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court denies plaintiff's application to proceed without prepayment (Doc. 4), and this case is dismissed without prejudice.

*So ordered by the court on August 16, 2022.*

                                              J. CAMPBELL BARKER
                                            United States District Judge